# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>SPALDING GROVE, LLC, )<br>a Georgia Limited Liability Company, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.: 1:22-cv-02276-JPB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action including all claims, with prejudice, each party to bear its respective fees and costs. The parties further request that the Court deny all pending motions as moot, including the recently filed Motion to Reopen Case [D.E. 31].

Dated: December 29, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ John A. Moore*          .<br>John A. Moore, Esq.<br>Georgia Bar No.: 519792<br>Of Counsel<br>The Moore Law Group, LLC<br>1745 Martin Luther King Jr., Drive | **/**s/ Paul J. Dzikowski<br>Paul J. Dzikowski, Esq.<br>PAUL J. DZIKOWSKI, P.C.<br>5425 Peachtree Pkwy.<br>Peachtree Corners, GA 30092<br>Tel: (678) 906-4120 |

Atlanta, GA 30314
Tel.: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

*Attorneys for Plaintiff*

Fax: (678) 906-2799
DzikowskiLaw@hotmail.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Paul J. Dzikowski, Esq.
PAUL J. DZIKOWSKI, P.C.
5425 Peachtree Pkwy.
Peachtree Corners, GA 30092
DzikowskiLaw@hotmail.com

/s/ John A. Moore
John A. Moore, Esq.